**Appeal Dismissed and Memorandum Opinion filed November 27, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00611-CV

**PATRICIA DEVERS, Appellant**

**V.**

**U.S. BANK N.A., ET AL, Appellee**

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1109429**

## M E M O R A N D U M    O P I N I O N

The reporter's record has not been filed. On August 6, 2018, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant provided this court with proof that she had paid or made arrangements to pay for the record. Such proof was due by August 21, 2018. Appellant did not file such proof or other response.

On October 4, 2018, we ordered appellant to file a brief in this appeal by November 5, 2018. We cautioned that we would dismiss the appeal for want of

prosecution if no brief was filed. *See* Tex. R. App. P. 42.3(b). No brief has been filed.

Accordingly, the appeal is DISMISSED.


PER CURIAM


Panel consists of Justices Busby, Brown, and Wise